Candice L. Fields - SBN 172174
Candice Fields Law
520 Capitol Mall, Suite 750
Sacramento, CA  95814
Telephone:   (916)414-8050
Facsimile:    (916)790-9450
cfields@candicefieldslaw.com

Attorney for defendant Pi Kappa Alpha

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No.  3:17-MJ-009 DMC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING THE TERM OF PROBATION** |
| Pi Kappa Alpha, | |
| Defendant. | |

IT IS HEREBY JOINTLY STIPULATED AND REQUESTED by and between the parties hereto through their respective counsel, Christopher Hales, Assistant United States Attorney, attorney for Plaintiff, and Candice L. Fields, attorney for defendant Pi Kappa Alpha, that the Court order the previously ordered three (3) year probation term be further extended.  The original probation term was set to expire on October 11, 2020. [Judgment, ECF No. 11.] It was extended to expire on December 31, 2020. [Order, ECF No. 18.] It was extended again to expire on March 31, 2021. [Order, ECF. 20.]

The defendants were ordered to perform 9,800 hours of community service under Special Condition No. 3. of the Special Conditions of Probation. [Judgment, ECF No.

11.]  The defendants have failed to complete this special condition.  The parties are continuing to work on a resolution to comply with this special condition.  Accordingly, the parties request the probation period be extended to June 30, 2021.

Respectfully submitted,

Dated: March 31, 2021

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Candice L. Fields*
Candice L. Fields for
Christopher Hales
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: March 31, 2021

*/s/ Candice L. Fields*
Candice L. Fields
Attorney for Defendant
PI KAPPA ALPHA

## ORDER

UPON GOOD CAUSE HAVING BEEN SHOWN, and the stipulation of the parties, IT IS HEREBY ORDERED THAT that the probation term shall be extended to expire on June 30, 2021.

Dated:  April 2, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE